IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-691 |
| | § | |
| WILLIAM CRAIG NOONAN | § | |
| DAVID MORSE BARRY | § | |

**O R D E R**

Defendant Barry filed a motion for continuance, (Docket Entry No. 31). The government and the codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 4, 2013 |
| Responses are to be filed by: | November 18, 2013 |
| Pretrial conference is reset to**:** | **November 25, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 2, 2013 at 9:00 a.m.** |

SIGNED on July 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge