IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-691 |
| | § | |
| WILLIAM CRAIG NOONAN | § | |
| DAVID BARRY | § | |

**O R D E R**

The government filed an unopposed motion for extension of time to respond to the motions and for a hearing on those motions, (Docket Entry No. 42). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion is GRANTED. A motion hearing on the motions to suppress and to dismiss is set for **December 17, 2013, at 9:00 a.m.** The pretrial conference and jury trial deadlines will be reset at this hearing.

SIGNED on November 12, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge