**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-691 |
| | § | |
| | § | |
| WILLIAM CRAIG NOONAN | § | |
| DAVID MORSE BARRY | § | |

**O R D E R**

The court held a suppression hearing in this case on December 17, 2013. The motions to suppress, to dismiss and to sever were denied, as stated on the record.  The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

Witness and exhibit lists are to be filed by: March 3, 2014
Motions are to be filed by:                   March 10, 2014
Responses are to be filed by:                 March 24, 2014
Pretrial conference is reset to**:**           **April 2, 2014 at 8:30 a.m.**
Jury trial and selection are reset to:        **April 7, 2014 at 9:00 a.m.**

SIGNED on December 19, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge